### SNIDER v. SNIDER.

RUSSELL, Chief Justice. At interlocutory hearing of an application for temporary alimony and counsel fees, the judge awarded $12 per month for the support of the wife and minor child, and $25 as counsel fees. The husband excepted. The evidence, though in conflict as to some points, fully authorized the judgment rendered, and the amount awarded is not excessive. *Judgment affirmed. All the Justices concur.*

No. 11142. JUNE 30, 1936.

594

*Casey Thigpen,* for plaintiff in error. *Randall Evans Jr.,* contra.